IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL CLINCH, | ) | 8:05CV371 - LES -TDT |
| Plaintiff, | ) | |
| v. | ) | |
| CARGILL INCORPORATED, et al., | ) | |
| Defendants. | ) | |
| PATRICK BLAYLOCK, | ) | 8:05CV372 - JFB-TDT |
| Plaintiff, | ) | |
| v. | ) | |
| CARGILL INCORPORATED, et al., | ) | |
| Defendants. | ) | |
| ALAN IMHOF, | ) | 4:05CV379 - JFB/TDT |
| Plaintiff, | ) | |
| v. | ) | |
| CARGILL INCORPORATED, et al., | ) | |
| Defendants. | ) | |
| RUSSELL KATT, | ) | 4:05CV380 - TDT |
| Plaintiff, | ) | |
| v. | ) | |
| CARGILL INCORPORATED, et al., | ) | |
| Defendants. | ) | |

**REASSIGNMENT ORDER**

The matter before the court are the Notices of Related Case filed in the above cases. After considering the matter, the court finds that these cases are related and, in the interest of judicial economy, are reassigned as follows:

**8:05CV372 Blaylock v. Cargill, Inc., et. al.** - reassigned to District Judge Lyle E. Strom for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and pretrial matters

**8:05CV379 Imhof v. Cargill, Inc., et. al.** - reassigned to District Judge Lyle E. Strom for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and pretrial matters

**8:05CV380 Katt v. Cargill, Inc. et. al.** - reassigned to District Judge Lyle E. Strom for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and pretrial matters

SO ORDERED.

DATED this 24th day of August, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge