IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| ALAN IMHOF, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV379 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL, INCORPORATED, a Delaware Corporation, and GETHMANN CONSTRUCTION COMPANY, INC., | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion to extend date for filing report of parties' planning conference (Filing No. 17). The Court notes defendants have no objection. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the parties shall have until November 4, 2005, to file a report of parties' planning conference.

DATED this 24th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court