IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ALAN IMHOF,                    )
                               )
          Plaintiff,           )        8:05CV379
                               )
     v.                        )
                               )
CARGILL, INCORPORATED, a       )        ORDER
Delaware Corporation, and      )
GETHMANN CONSTRUCTION          )
COMPANY, INC.,                 )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on defendant Cargill's motion to strike (Filing No. 27). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion to strike is granted; the clerk shall strike Filing No. 26 from the record as it was incomplete as filed.

DATED this 14th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court