IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALAN IMHOF, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV379 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL, INCORPORATED, a | ) | ORDER |
| Delaware Corporation, and | ) | |
| GETHMANN CONSTRUCTION | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the joint motion and stipulation to dismiss defendant Gethmann Construction Inc. (Filing No. 37). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the joint motion is granted; defendant Gethmann Construction Company is dismissed, each party to pay their own costs.

DATED this 1st day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court