IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALAN IMHOF, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV379 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL, INCORPORATED, a Delaware Corporation, and GETHMANN CONSTRUCTION COMPANY, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| RUSSELL KATT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV380 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL, INCORPORATED, a Delaware Corporation, and GETHMANN CONSTRUCTION COMPANY, INC., | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the motions to extend deadline to add parties or amend pleadings (Filing No. 41 in 8:05CV379; Filing No. 38 in 8:05CV380). The Court finds these motions should be granted. Accordingly,

IT IS ORDERED that defendant Cargill's motions are granted; the parties shall have until June 20, 2006, to add parties or amend pleadings in these cases.

DATED this 24th day of February, 2006.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court