IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALAN IMHOF, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV379 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL, INCORPORATED, a | ) | ORDER |
| Delaware Corporation, and | ) | |
| GETHMANN CONSTRUCTION | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion for leave to designate experts out of time (Filing No. 52). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the deadline to designate expert witnesses is extended to July 31, 2006.

DATED this 25th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court