IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALAN IMHOF, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV379 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL, INCORPORATED, a | ) | ORDER |
| Delaware Corporation, and | ) | |
| GETHMANN CONSTRUCTION | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant Cargill's motion to extend deadline regarding designation of expert witnesses (Filing No. 55). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the deadline to designate expert witnesses is extended to September 1, 2006.

DATED this 3rd day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court