IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ALAN IMHOF,                    )
                               )
          Plaintiff,           )      8:05CV379
                               )
     v.                        )
                               )
CARGILL, INCORPORATED, a       )      ORDER
Delaware Corporation, and      )
GETHMANN CONSTRUCTION          )
COMPANY, INC.,                 )
                               )
          Defendants.          )
_____ )
```

   This matter is before the Court on the stipulation for dismissal (Filing No. 72). Pursuant thereto,

   IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

   DATED this 30th day of July, 2007.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court